**95–686.** State ex rel. The Cincinnati Post v. Hamilton Cty. In Mandamus. *Sua sponte,* cause consolidated with 95–675 and 95–677, *supra,* and with 95–843, *infra.* On motion to dismiss. *Sua sponte,* alternative writ granted.

PFEIFER, J., dissents and would grant a peremptory writ.

**95–843.** State ex rel. The Cincinnati Post v. Cincinnati. In Mandamus. *Sua sponte,* cause consolidated with 95–675, 95–677 and 95–686, *supra. Sua sponte,* alternative writ granted.

PFEIFER, J., dissents and would grant a peremptory writ.

**95–928.** State v. Slife. *Shelby County,* No. 17–94–16. On motion for leave to file delayed appeal. Motion denied.

**95–997.** LaGuta v. Anderson. *Richland County,* No. 95CA16. On motion to transfer/or incorporate records of 94–2411, *State v. LaGuta,* Cuyahoga County, No. 63469. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**95–321.** ASA Architects, Inc. v. Schlegel. *Franklin County,* No. 94APE05–765. On discretionary appeal and cross-appeal. Discretionary appeal and cross-appeal allowed.

RESNICK and F.E. SWEENEY, JJ., dissent.

**95–380.** McManus v. Belcher. *Lucas County,* No. L–94–032. On discretionary appeal. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 94–354, *McAuliffe v. W. States Import Co.,* Cuyahoga County, No. 65297; briefing schedule stayed.

PFEIFER, J., dissents.

DOUGLAS and RESNICK, JJ., not participating.

**95–464.** Kay v. Marc Glassman, Inc. *Summit County,* No. 16726.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.